BEFORE THE THIRD DIVISION, OCTOBER 26, 1966

**No. P66/304.**—Arnart Imports, Inc. *v.* United States, protest 63/12744 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), the claim of the plaintiff was sustained.

**No. P66/305.**—Arnart Imports, Inc. *v.* United States, protests 63/22479, etc. (New York).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "E" covered by the foregoing protests consist of plaques similar in all material respects to those the subject of *Arnart Imports, Inc.* v. *United States* (54 Cust. Ct. 187, C.D. 2531), and that the items of merchandise marked "W" covered by the foregoing protests consist of statuary, sculptures, and/or copies, replicas, or reproductions thereof, valued at not less than $2.50 each, similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claims of the plaintiff were sustained.